**FILED**

OCT 1 4 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWIN DISLA *#31120-069*
   Plaintiff, *Federal Correctional*
*Complex, P.O. Box 1000*
*Petersburg, VA 23804*
  vs.

Case: 1:15-cv-01681
Assigned To : Contreras, Rudolph
Assign. Date : 10/14/2015
Description: FOIA/Privacy Act (I)

COMPLAINT

U.S. Immigration & Customs
Enforcement, DHS - Office of
Freedom of Information Act/
Privacy Act
   Defendant.
_____/

## INTRODUCTION

   Comes Now the Plaintiff, EDWIN DISLA, Pro Se and files
this COMPLAINT setting forth a Civil Suit by a federal prisoner
against the U.S. Immigration & Customs Enforcement Agency, Department
of Homeland Security, Freedom of Information Act/Privacy Act Office.
This Complaint is being brought against said agency for its failure
to provide requested documents and information under the Freedom
of Information Act/Privacy Act.

   Specifically, Plaintiff alleges that ICE has failed to
provide requested documents and other information known to exist
and within its possession, that are not exempt from disclosure
under any authorized lawful exemption under the Act. ICE failure
to provide the information violates the laws governing the Freedom
of Information Act.

**RECEIVED**

SEP 1 4 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JURISDICTION AND VENUE

This Court has subject Matter Jurisdiction under 5 USC § 552. Venue is proper under 28 USC § 1391(b)(2).

## PARTIES

U.S. Immigration & Customs Enforcement, DHS, Office of Professional Responsibility, at all relevant times was an agency charged with enforcing the laws pertaining to misconduct by Officers and employees of the U.S. Customs & Border Protection Agency, DHS.

U.S. Immigration & Customs Enforcement, DHS, Office of the Special Agent in Charge, Homeland Security Investigation (HSI), at relevant times was an agency charged with enforcing the laws pertaining to, in part, Narcotics trafficking and Drug Interdiction.

ICE Headquarters, Freedom of Information Act/Privacy Act Office of the Department of Homeland Security in Washinton D.C., at all times was legally responsible for processing and producing Freedom of Information Act information upon request. Their contact address for FOIA/PA request is as follows:

U.S. Immigration and Customs Enforcement
Department of Homeland Security
FOIA/PA Office
500 12th Street S.W., MS 5009
Washington, D.C.  20536

## STATEMENT OF FACTS

1.  The Plaintiff was arrested by the U.S. Immigration &
Customs Enforcement Agency, DHS, Office of Professional
Responsibility, RAC South Florida Division for suspected drug
smuggling.  ICE Office of Professional Responsibility Case
Number 200607793; U.S. District Court for the Southern District
of Florida Criminal Case Number 07-CR-60096-WJZ.  This case
culminated in the Plaintiff's arrest on March 29, 2007.  Trial
and ultimate conviction in January 2008.

2.  On April 15, 2013 the requester submitted a FOIA/PA
request to the U.S. Immigration & Customs Enforcement FOIA/PA
Office asking for a "Project Request" of all documents contained
within their systems in reference to the Plaintiff.  See Exhibit 1.

3.  On May 1, 2013 the ICE FOIA office sent a letter confirm-
ing the receipt of the FOIA/PA project request sent by the Plaintiff.
See Exhibit 2.

4.  On May 9, 2013 the ICE FOIA office sent a letter to
the Plaintiff stating that they had checked their records and
no responsive records were found.  This letter advised the Plaintiff
to appeal if not satisfied with the current findings.  Exhibit 3.

5.  On June 16, 2013 the Plaintiff sent the ICE FOIA office
his appeal request for further review of all files.  Exhibit 4.

6.  On July 12, 2013 the Plaintiff received a letter from the
ICE FOIA/PA Office, Government  Information Division, Principal
Legal Advisor stating that the appeal was received and would
be processed.  Exhibit 5.

7.   On July 23, 2013 the appeal staff sent the Plaintiff a letter advising him that they granted the appeal and would be remanding back the FOIA/PA request to the ICE FOIA office for processing and re-tasking of the requested information and responsive documents.  This letter stated that the ICE FOIA officer would respond directly regarding documents located within their system on the search.  Exhibit 6.

8.   The Plaintiff waited one year, since a "Project Request" was said to take about that much time. After the one year, the Plaintiff waited several more months just in case.  After this time the Palintiff had not heard anything from the ICE FOIA Office.

9.   On October 28, 2014 the Plaintiff sent a letter to the ICE FOIA office, by certified mail, seeking an update and status of the initial FOIA Project Request.  The Plaintiff never heard anything back from that office. Exhibit 7.

10. On March 4, 2015 the Plaintiff sent an Appeal for the denail of FOIA information by the ICE FOIA Office to the Office of Information and Privacy by certified mail.  Exhibit 8.

11.  Months passed and the Plaintiff received no response or correspondence from the Office of Information and Privacy.

12.  The instant action and complaint followed.

The foregoing facts are submitted to the best of the Plaintiff's knowledge and understanding at present time.  The Plaintiff submits these facts under the penalty of perjury and pursuant to U.S. Law.

Edwin Disla

## CLAIMS FOR RELIEF

A.  Count 1, Violation of 5 U.S.C. § 552 & 552(a), Request Number 2013 FOIA 19173, OPLA13-880.

The Defendant, ICE, violated the Freedom of Information Act by failing to provide information and documents under the Project Request by the Plaintiff.  That "Project Request" included all documents and not limited to, the following in ANY format stored (written, auditory, electronically, etc.):

1.  Surveillance Reports & Logs including both physical and audio surveillance of any kind of the Plaintiff. Also including all regarding the aforementioned criminal investigation of the Plaintiff.

2.  Any and all surveillance reports regarding the physical property location of 600 N.E. 36th Street Miami, Florida regarding the Plaintiff.

3.  Any and all documents and reports pertaining to meetings, interviews or actions with staff working/assigned in any capacity at the physical property located at 600 N.E. 36th Street Miami, Fl.

4.  Investigatory notes, reports & records (Including Hand versions)

5.  Tape-Recorded statements and/or conversations with transcripts if available (phone and/or in person)

6.  6.  Any and all witness statements (written, typed and tape-recorded, also digital recordings)

7.  Reports of evidentiary and/or scientific information, findings and conclusions

8.  Video/Digital tapes and/or photographs

9.  Computer media including any type of alternatively to providing actual copies of the media, a completed listing of all contents of the media including full meta data.

10.  Communications by any agent or authorized person in the agency with any other person, internal/external entity or person.  If external, provide full contact information of said person/entity regarding the referenced case, or events surrounding but not limited to:

10a.  Electronic mail (e-mail/cc mail)
10b.  Calenders or schedules or meetings, including
      prepared agenda and notes from meetings
10c.  Messages either written, or recorded (voicemail)
10d.  Written letters or facsimiles

11.  Evidence  Seized
    11a.  Listings of index's of all items seized,
      including current location of original and
      detailed descriptions of all items seized
    11b.  Chain of custody forms for any government
      movement, transportation or access of evidence
12.  Physical file
    12a.  Copy of the front of the file
    12b.  Access log of file
    12c.  Any agency cross reference to other agency
      records with their internal reference number
      and contact information
13.  All other information, data, and/or reports regarding
     or pertaining to the referenced investigation
     and/or case not otherwise exempt by law to include
     interviews of civilians or third party individuals.
14.  All files, documents, media, etc. in conjunction
     with ICE OPR Case No.:  2006-07793
15.  All items prepared and handled by ICE OPR S/A
     John Reddin, OPR South Florida.  ICE OPR RAC Miami-1
16.  All items prepared and handled by ICE OPR S/A
     Geoffrey C. Udell, OPR South Florida.  ICE OPR
     RAC Miami-1
17.  All items prepared and handled by ICE OPR Supervisory
     S/A Melissa Rich, South Florida.  ICE OPR RAC
     Miami-1
18.  All files and investigative documents had, prepared
     and handled by ICE S/A Alex Zarut, SAC Miami Office-
     South Florida.
19.  All files and administrative investigations, inquiries
     by the ICE OPR RAC Miami-1 office that references
     the Plaintiff directly or indirectly.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court will:

1.  Enter a declaration that the Defendant, ICE FOIA Office, violated the Freedom of Information/Privacy Act.

2.  Enter an order directing the ICE FOIA Office to provide the Plaintiff with all documents under the Act for which he is entitled to.

3.  Enter an order directing the Defendant ICE FOIA Office to reimburse the Plaintiff with the costs associated with this action of $350.00 for filing and $50.00 in preparing, copying and postage costs incurred by the Plaintiff in his legal efforts to bring this action.

Dated this _09th_ day of September 2015.

Respectfully Submitted,

Edwin Disla, Pro Se
# 31120-069
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA  23804

7

## CERTIFICATE OF SERVICE

I swear under the penalty of perjury that I have mailed and served a copy of the foregoing complaint upon the Clerk of Court, U.S. District Court for the District of Columbia to forward on my behalf to all interested parties in this cause.  On this 09th day of September 2015.  In Petersburg, Virginia 23804.

_____
Edwin Disla

April 15, 2013

U.S. Immigration & Customs Enforcement
FOIA/PA Office
500 12th Street, SW, Stop 5009
Washington, D.C. 20536
ATTN: FOIA/PA Officer

RE:  **FOIA/PA**

Dear Sir/Madam,

Please accept this letter as my request for information pursuant to the Freedom Of Information Act, 5 USC § 552 and the Privacy Act, 5 USC § 552a.  Please accept this as a **"Project Request"**, as I am seeking ALL INFORMATION contained in your files that references me as a subject, directly and indirectly.

I request copies of ALL information, regardless of media (i.e. files, reports, interviews of third parties, photographs, videotapes, ect.).  I will pay all reasonable costs associated with this request.

I request that you "black out" NOT "white out" all information you wish to redact, and that you correlate each redaction to a statutorily authorized exemption.  Please include all pages, even those redacted in their entirety.  My full name is Edwin Disla, my D.O.B. is October 10, 1974.

I look forward to your response within the period prescribed by the aforementioned statutes.  Thank you for your time and attention in this matter.  I will greatly appreciate any and all consideration that you can give to facilitating this request.

Respectfully,

Edwin Disla (Auth. Sign)
# 31120-069
FCC MED
P.O. BOX 1000
Petersburg, VA 23804

cc: File

EXHIBIT 1

**U.S. Department of Homeland Security**
Washington, DC 20536-5009



**U.S. Immigration
and Customs
Enforcement**

May 1, 2013

EDWIN DISLA
FCC MED #31120-069
P.O. BOX 1000
PETERSBURG, VA  23804

**Re: 2013FOIA19173**

Dear  Mr. Disla:

This acknowledges receipt of your April 15, 2013, Freedom of Information Act (FOIA) request to the
Immigration and Customs Enforcement (ICE), for records regarding EDWIN DISLA.  Your request was
received in this office on April 30, 2013.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in
processing your request.  Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, the Department
processes FOIA requests according to their order of receipt. Although DHS' goal is to respond within 20
business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As
your request seeks numerous documents that will necessitate a thorough and wide-ranging search, DHS will
invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to
narrow the scope of your request, please contact our office.  We will make every effort to comply with your
request in a timely manner; however, there are currently 8254 open requests ahead of yours.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge
you for records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial
requesters. As a non-commercial requester you will be charged 10-cents a page for duplication, although
the first 100 pages are free, as are the first two hours of search time, after which you will pay the quarter-
hour rate ($4.00, $7.00, $10.25) of the searcher. We will construe the submission of your request as an
agreement to pay up to $25.00.  You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records.  If any responsive
records are located, they will be reviewed for determination of releasability.  Please be assured that one of
the processors in our office will respond to your request as expeditiously as possible.  We appreciate your
patience as we proceed with your request.

EXHIBIT 2 (page 1)

Your request has been assigned reference number **2013FOIA19173**.  Please refer to this identifier in any future correspondence.  You may contact this office at (866) 633-1182.  Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

EXHIBIT 2 (page 2)

U.S. Department of Homeland Security
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009



**U.S. Immigration
and Customs
Enforcement**

May 9, 2013

EDWIN DISLA
FCC MED #31120-069
P.O. BOX 1000
PETERSBURG, VA 23804

Re:  **ICE FOIA Case Number 2013FOIA19173**

Dear Mr. Disla:

This is the final response to your Freedom of Information Act (FOIA) request, dated April 15, 2013, to the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), for all information contained in ICE files that reference you as a subject, directly or indirectly.

To provide you with the greatest degree of access authorized by law, we have considered your request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual[1] unless the agency has exempted the system of records from the access provisions of the Privacy Act.[2]

A search of the ICE Office of Homeland Security Investigations (HSI) was conducted and no records responsive to your request were found.

While an adequate search was conducted, you have the right to appeal the determination that no records exist within ICE HSI that would be responsive to your request.  Should you wish to do so, send your appeal and a copy of this letter to:  U.S. Immigration Customs Enforcement, Office of Principal Legal Advisor, U.S. Department of Homeland Security, Freedom of Information Office, 500 12th Street, S.W., Stop 5009 Washington, D.C. 20536-5009, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9.  Your appeal must be received within 60 days of the date of this letter.  Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).

EXHIBIT 3 (page 1)

Provisions of the FOIA and Privacy Act allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.[3]

If you need to contact our office about this matter, please refer to case number **2013FOIA19173**. This office can be reached at (866) 633-1182.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

EXHIBIT 3 (page 2)

---

[3] 6 CFR § 5.11(d)(4).

Edwin Disla
Reg. No. 31120-069
FCC Petersburg, Box 1000
Petersburg, VA 23804

BY CERTIFIED MAIL   7011 1570 0000 6066 5405      June 16, 2013

United States Immigration &
Customs Enforcement
FOIA/PA Branch
500 12th Street SW, Stop 5009
Washington, DC 20536

Re: FOIA/PA Appeal, ICE FOIA Case No. 2013 FOIA 19173

Dear FOIA Officer,

Please accept this letter as my appeal from your decision dated
May 9, 2013, to deny your possession of files responsive to my
Freedom of Information Act request.

You advised me that you conducted a search of your system and
no responsive records were found with regard to my FOIA request of
my person and all files, documents, reports, media, etc. which I
requested as a "Project Request".

I ask that you again review your files for the requested
information. There are files and the like contained within your
systems that reference me both directly and indirectly as I requested
in my initial FOIA/PA request.

I am enclosing a copy of one page from a multipage report that
references me as an example of the files that your agency holds
referencing me. This report was made by your Office of Professional
Responsibility located in SAC/RAC South Florida - Miami. There is
also information contained within your Office of Criminal Investigation,
SAC South Florida - Miami.

As previously requested, please re-check your systems to include
the above-mentioned offices within your agency as well as the following:

- All files, documents, media, etc. in conjunction
  with ICE OPR Case No. 2006-07793.

- All items prepared and handled by ICE OPR S/A
  John Reddin, OPR South Florida. ICE OPR RAC Miami-1

- All items prepared and handled by ICE OPR S/A
  Geoffrey C. Udell, OPR South Florida. ICE OPR RAC Miami-1

- All items prepared and handled by ICE OPR Supervisory
  S/A Melissa Rich, South Florida. ICE OPR RAC Miami-1

EXHIBIT 4 (page 1)

- All files and investigative documents had, prepared and handled by ICE S/A Alex Zarut, SAC Miami Office – South Florida
- All files and administrative investigations, inquiries by the ICE OPR RAC Miami-1 Office that reference me directly or indirectly.

I will expect to hear from you in accordance with the provisions of the FOIA.

Very truly yours,

Edwin Disla


cc:  William Concannon, Esq.
     file.

EXHIBIT 4 (page 2)



**U.S. Department of Homeland Security**
500 12th ST. SW; STOP 5009
Washington, DC 20536-5009

**U.S. Immigration
and Customs
Enforcement**

July 12, 2013

Edwin Disla
Reg. No. 31120-069
FCC Petersburg, Box 1000
Petersburg, VA 23804

Dear Sir or Madam:

The Department of Homeland Security has received your letter appealing the adverse determination
of your Freedom of Information Act/Privacy Act (FOIA/PA) request by U.S. Immigration and
Customs Enforcement seeking records regarding you personally.  Your appeal, dated June 16, 2013,
was received on June 28, 2013.

On behalf of the Chief for the Government Information Law Division, we acknowledge your appeal
request of **2013FOIA19173** and are assigning it number **OPLA13-880** for tracking purposes.  Please
reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department.  Accordingly, we have
adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-
out basis.[1]  While we will make every effort to process your appeal on a timely basis, there may be
some delay in resolving this matter.  Should you have any questions concerning the processing of
your appeal, please contact ICE FOIA at (866) 633-1182, or by email at ice-foia@dhs.gov.

Sincerely,

Grace Cheng
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
Department of Homeland Security

EXHIBIT 5 (page 1)

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.



**U.S. Department of Homeland Security**
500 12th St. SW; STOP 5009
Washington, DC 20536-5009

**U.S. Immigration
and Customs
Enforcement**

July 23, 2013

EDWIN DISLA
FED. REG. NO. 31120-069 F.C.C. PETERSBURG
P.O. BOX 1000
PETERSBURG, VA  23804

Re:  **2013FOIA19173, OPLA13-880**

Dear Mr. Disla:

This is in response to your letter dated June 16, 2013 appealing the adverse determination in response to your Freedom of Information Act (FOIA) request. The initial request asked for records pertaining to yourself.

You have appealed the adequacy of the search as returning no responsive documents.  Specifically, you provided an Office of Professional Responsibility (OPR) report pertaining to an investigation of yourself.

ICE is therefore remanding your request to the ICE FOIA Office for processing and re-tasking to the appropriate agency/office(s) to obtain any responsive documents. The ICE FOIA Office will respond directly to you with its determination regarding any documents located as a result of this remand.

Should you have any questions regarding this appeal closure, please contact ICE at ice-foia@.dhs.gov.  In the subject line of the email please include your appeal number, which is **OPLA13-880,** and the FOIA case number which is **2013FOIA19173.**

Sincerely,

*Catherine Gonzalez Gallego for*

Grace Cheng
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
Department of Homeland Security

EXHIBIT 6

Edwin Disla
Reg. No. 31120-069
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

BY CERTIFIED MAIL
No.: 7011 3500 0003 4596 5171

October 28, 2014

U.S. Immigration & Customs Enforcement
FOIA/PA OFFICE
500 12th Street S.W., Stop 5009
Washington, D.C. 20536

    RE: FOIA/PA Request No. 2013FOIA19173, OPLA13-880

Dear Staff,

    I am writing to you to request information on the status of
my Freedom of Information Act request that was remanded to you from
ICE Office of the Principal Legal Advisor for "processing and
re-tasking" of my above listed FOIA/PA request numbers.  This
re-tasking order was issued on July 23, 2013.  I have included a
copy of that order for your review.

    Since that time, I have heard nothing from your office.  If
you would be kind to advise me as to the status of this matter,
I would be grateful.

    Thank you for your kind attention in this matter.  Looking
forward to hearing back from you soon.


Respectfully,

Edwin Disla


encl.
cc: file.

EXHIBIT 7 (page 1)



English        Customer Service        USPS Mobile

# USPS.COM

| Quick Tools | Mail & Ship | Track & Manage | Postal Store | B |

## USPS Tracking™



**Tracking Number: 70113500000345965171**

**Updated Delivery Day: Monday, November 3, 2014**

## Product & Tracking Information

Av:

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

Retur

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 3, 2014 , 6:40 am** | **Delivered** | **WASHINGTON, DC 20536** |

Your item was delivered at 6:40 am on November 3, 2014 in WASHINGTON, DC 20536.

| | | |
|---|---|---|
| November 2, 2014 , 1:09 pm | Available for Pickup | WASHINGTON, DC 20536 |
| November 2, 2014 , 11:53 am | Arrived at Hub | WASHINGTON, DC 20018 |
| October 29, 2014 , 10:20 pm | Departed USPS Facility | SANDSTON, VA 23150 |
| October 29, 2014 , 5:48 pm | Arrived at USPS Origin Facility | SANDSTON, VA 23150 |
| October 29, 2014 , 4:31 pm | Departed Post Office | PETERSBURG, VA 23803 |
| October 29, 2014 , 10:36 am | Acceptance | PETERSBURG, VA 23803 |

*EXHIBIT 7 (page 2)*

March 4, 2015

Office of Information and Privacy
U.S. Department of Justice
ATTN:  Co-Director
1425 New York Avenue, N.W., Ste. 11050
Washington, D.C.  20530

Registered Mail No.:  7011 3500 0003 4596 5164

RE:  Appeal for Denial of FOIA/PA Request from ICE
     ICE FOIA/PA  Request No.: 2013 FOIA 19173, OPLA13-880

Dear Appeal Staff,

     This letter serves as a notice and appeal of the non-response
by the U.S. Immigration and Customs Enforcement, DHS, FOIA Branch
located at the following address:

                U.S. Immigration and Customs Enforcement
                   Department of Homeland Security
                         FOIA/PA OFFICE
                   500 12th Street S.W., MS 5009
                      Washington, D.C.  20536

     The requester submitted a FOIA/PA request to the above office
and that office has not responded or complied with the issuance
of documents requested under the FIOA Act.  It has been more than
one year where the above listed office has failed to comply with
the FOIA request.

     On April 15, 2013 the requester sent the ICE FOIA office a
FOIA/PA Project Request of all files and documents pertaining to him
within their records and systems.  See Exhibit 1

     On May 1, 2013 the ICE FOIA office sent a letter confirming
the receipt of the FOIA/PA Project request sent by the requester. Exh 2

     On May 9, 2013 the ICE FOIA office sent a letter to the requester
stating that they had checked their records and no responsive records
were found.  This letter advised the requester to appeal if not
satisfied with current findings.  See Exhibit 3

     On June 16, 2013 the requester sent the ICE FOIA office his
appeal request for further review of all files. See Exhibit 4

     On July 12, 2013  the requester received a letter from the
ICE FOIA, Government Information Law Division, Principal Legal
Advisor stating that the appeal was received and would be processed.
See Exhibit 5

                              1 of 2          EXHIBIT 8 (page 1)

On July 23, 2013 the appeal staff sent the requester a letter advising him that they granted the appeal and would be remanding back the FOIA request to the ICE FOIA office for processing and re-tasking of the requested infromation and responsive documents.  This letter stated that the ICE FOIA officer would respond directly regarding documents located on the search.  See Exhibit 6

The requester waited one year for the ICE FOIA office to prepare the documents since it was a project request.  After the one year period, the requester waited several more months just in case.  After this time the requester had not heard anything from the ICE FOIA office.

So, On October 28, 2014 the requester sent a letter to the ICE FOIA, by Certified Mail, seeking an update and status of the initial FOIA Project Request.  Till present, the requester has not heard anything from the ICE FOIA office.  The non-response has been taken as a denial to comply with FOIA/PA laws.  See Exhibit 7

Thus, the requester has submitted this notice and appeal to your Office for attempt to resolve the aforementioned denial of FOIA/PA request by the U.S. Immigration and Customs Enforcement FOIA Branch.  Please advise of your resolutions procedures to rectify such denial by the ICE FOIA office.  If I do not receive any response or notifications by your office within 90 days, I will take that non-response as a failure to resolve the issue with the ICE FOIA office and will continue forward with a Civil Suit in federal court.

Thank you for your time and attention in this matter.  I am grateful in advance for any and all consideration that you give to this request.  Looking forward to hearing back from you soon.


Respectfully,

Edwin Disla
# 31120-069
Federal Corectional Complex
P.O. BOX 1000
Petersburg, VA 23804

EXHIBIT 8 (page 2)

English          Customer Service          USPS Mobile                                                      Register / Sign In



## USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: **70113500000345965164**

Updated Delivery Day: **Saturday, March 14, 2015**

## Product & Tracking Information

| | | | Available Actions |
|---|---|---|---|
| Postal Product: | Extra Svc: Certified Mail™ | | Text Updates |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 16, 2015 , 4:31 am** | **Delivered** | **WASHINGTON, DC 20530** |

Email Updates

Return Receipt After Mailing

Your item was delivered at 4:31 am on March 16, 2015 in WASHINGTON, DC 20530.

| March 13, 2015 , 11:18 am | Available for Pickup | WASHINGTON, DC 20530 |
|---|---|---|
| March 13, 2015 , 10:59 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 9, 2015 , 10:50 pm | Departed USPS Facility | SANDSTON, VA 23150 |
| March 9, 2015 , 10:47 pm | Arrived at USPS Facility | SANDSTON, VA 23150 |

## Track Another Package
Tracking (or receipt) number

| | Track It |
|---|---|

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

EXHIBIT 8 (Page 3)